

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2023

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG ■
KENNETH WILLARD▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

April 24, 2023

**Via CM/ECF**
The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York

   Re: **Velazquez v. Hudson Group (HG) Retail, LLC**
      **Case #: 1:22-cv-09165-JHR**

Dear Judge Rearden:

  We represent the plaintiff in the above matter, and write to request an extension of 14 days to file Plaintiff's First Amended Complaint (FAC).  We apologize to the Court for not making this extension request two business days ahead of the due date, pursuant to section 2.E. of Your Honor's Individual Rules.  The FAC is due today, April 24, but due to the crush of work and unexpected work emergencies we were not able to complete the draft of the FAC.  If granted, the new due date would be May 8, 2023.

  Counsel for Defendant has graciously consented to this request.

  We thank Your Honor and the Court for its kind considerations and courtesies.

Plaintiff's application on consent is GRANTED.  The deadline for Plaintiff to file his first amended complaint will not be further extended.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: April 25, 2023

Respectfully submitted,

*s/ Mark Rozenberg*
Mark Rozenberg, Esq.